ERIC GRANT
United States Attorney
CAILY NELSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTIN GUERRERO,<br>Defendant. | CASE NO. 2:26-CR-00101-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 27, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through Assistant United States Attorney Caily Nelson, and defendant, by and through defendant's counsel of record, Nicholas F. Reyes, hereby stipulate as follows:

1. On June 25, 2026, the defendant was arraigned on the indictment, and a status conference was sent for August 27, 2026 with a time exclusion under Local Code T4. Dkt. 18.

2. The government has produced discovery, including police reports, photographs, and multiple body camera recordings.

3. By this stipulation, defendant now moves to continue the status conference until December 10, 2026, at 9:00 a.m, and to exclude time between August 27, 2026, and December 10, 2026, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying under a protective order.

b) Counsel for defendant desires additional time to consult with their client, review the current charges, and to review discovery for this matter, and to otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 27, 2026 to December 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[Continued on Next Page]

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 25, 2026

ERIC GRANT
United States Attorney

/s/ CAILY NELSON
CAILY NELSON
Assistant United States Attorney

Dated: August 25, 2026

/s/ NICHOLAS F. REYES
NICHOLAS F. REYES
Attorney for Defendant
MARTIN GUERRERO

**ORDER**

IT IS SO FOUND AND ORDERED this 25th day of August, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE